IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL CHUNN; and
BARBARA CHUNN                                                                   Plaintiffs

v.                                       Cause No. 11CV1040

POTLATCH LAND & LUMBER, LLC                       Defendant/Third Party Plaintiff

v.

JESSE E. SULLIVAN                                                   Third Party Defendant

## AMENDED JUDGMENT

On June 24, 2013, the Court entered a judgment dismissing this matter pursuant to the parties' settlement agreement. (ECF No. 81). The judgment failed to specify that the case was dismissed *with prejudice*. Therefore, the judgment has been amended to read as follows:

The above styled and numbered cause was scheduled for trial on July 8, 2013. Counsel has advised the Court that all claims have been settled. It appears to the Court that it is not necessary that this cause remain on the Court's docket. Accordingly, this matter should be and hereby is **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of settlement become a part of the record herein, those terms should be reduced to writing and filed with the Court within 30 days of the entry of this Judgment. The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 21st day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge